**Synopsis**
(Information)

| Name: | Scott Bagley |
|---|---|
| **Address:** **(City & State Only)** | Bangor, Maine |
| **Year of Birth and Age:** | 1965, 61 |
| **Violations:** | Count 1: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 1349 (Class B felony)<br><br>Count 2: Bank Fraud, in violation of 18 U.S.C. § 1344 (Class B felony)<br><br>Count 3: Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 1028A(b) (Class E felony) |
| **Penalties:** | Count 1: Imprisonment of not more than 30 years, a fine of not more than $1,000,000, or both. *See* 18 U.S.C. §§ 1344, 1349.<br><br>Count 2: Not more than 30 years of imprisonment, a fine of $1 million, or both. *See* 18 U.S.C. § 1344.<br><br>Count 3: Mandatory imprisonment of two years, consecutive to any other sentence imposed, a $250,000 fine, or both. *See* 18 U.S.C. § 1028A(a)(1); 18 U.S.C. § 3571(b)(3). |
| **Supervised Release:** | Count 1: Not more than 5 years. *See* 18 U.S.C. §§ 3559(a)(2), 3583(b)(1).<br><br>Count 2: Not more than 5 years. *See* 18 U.S.C. § 3583(b)(1).<br><br>Count 3: Not more than 1 year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 3 years of imprisonment. *See* 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than 3 years of imprisonment. *See* 18 U.S.C. § 3583(e). |

|  | |
|---|---|
|  | <u>Count 3</u>: Not more than 1 year.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Count 1</u>: Five years, less any term of imprisonment that was imposed upon revocation of supervised release.  *See* 18 U.S.C. § 3583(h).<br><br><u>Count 2</u>: Up to 5 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br><u>Count 3</u>: Not more than one year, less any term of imprisonment imposed on the violation.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | Jose Rodriguez-Aguilar, FBI |
| **Detention Status:** | In federal custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution? Y/N** | Y |
| **Assessments:** | $100 per count |